CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SISKIYOU; JON LOPEY, Sheriff of Siskiyou County; SERGEANT BEHR THARSING


MICHAEL A. SCHEIBLI, SBN 196748
1416 West Street
Redding, CA 96001
Telephone:  (530) 243-0317
Fax:            (530) 243-2003
Email:      mscheibli@snowcrest.net

Attorneys for Plaintiffs DARRELL GRIPP, LAURIE ANN GRIPP, ELIJAH GRIPP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL GRIPP,<br>LAURIE ANN GRIPP,<br>ELIJAH GRIPP<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF SISKIYOU;<br>JON LOPEY, individually and as Sheriff of the County of Siskiyou;<br>SERGEANT BEHR THARSING;<br>and Doe Number 1, individually and as sworn officers of the Siskiyou County Sheriff's Department, DOES 2 through 50, inclusive,<br><br>              Defendants. | No.: 2:14-cv-02128 CMK<br><br>**STIPULATION TO DISMISS THE COUNTY OF SISKIYOU AND JON LOPEY FROM ALL CLAIMS ALLEGED IN THE FIRST AMENDED COMPLAINT, AND TO CONTINUE THE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS: ORDER THEREON** |

WHEREAS plaintiffs DARRELL GRIPP, LAURIE ANN GRIPP, and ELIJAH GRIPP filed a First Amended Complaint ("FAC") in this action on January 21, 2014;

STIPULATION RE: FAC
Case No. 2:14-CV-02128 CMK                1

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

WHEREAS the FAC was filed with leave of Court, as stated in the Court's order filed on December 19, 2014 (Doc. No. 14);

WHEREAS the COUNTY OF SISKIYOU has moved to dismiss all causes of action alleged against it in the FAC;

WHEREAS JON LOPEY has moved to dismiss all causes of action alleged against him in the FAC;

WHEREAS SERGEANT BEHR THARSING has moved to dismiss all causes of action alleged against him in the FAC; and

WHEREAS the parties wish to avoid unnecessary motions practice;

THEREFORE the parties hereby stipulate, by and through their counsel of record, as follows:

1. That the COUNTY OF SISKIYOU shall be dismissed with prejudice from the FAC;

2. That Sheriff JON LOPEY shall be dismissed with prejudice from the FAC;

3. That the parties agree that the FAC does not allege any claims under state or federal law that challenge the arrest of plaintiff, pursuant to warrant, for violations of Penal Code Sections 29805, and 417(a)(2), that are the basis for his conviction in Siskiyou County Superior Court Case No. MCYKCRF130000030;

4. That Plaintiffs are only seeking damages and redress under federal and state law for acts occurring during DARRELL GRIPP's arrest for violating Penal Code Section 148 on January 27, 2013;

5. That the parties agree that the hearing date on Defendant's Motion to Dismiss, currently set for March 4, 2015 at 10:00 a.m. be continued to April 22, 2015 at 10:00 a.m.; and

///
///
///
///
///

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION RE: FAC
Case No. 2:14-CV-02128 CMK

2

6. That Plaintiff's opposition to said motion, if any, be filed by March 16, 2015, and that Defendants' reply, if any, be filed by April 1, 2015.

IT IS SO STIPULATED.

Date: February 19, 2015                    MICHAEL A. SCHEIBLI

                                           /s/ Michael A. Scheibli
                                           Michael A. Scheibli

                                           Attorney for Plaintiffs DARRELL GRIPP, LAURIE ANN GRIPP and ELIJAH GRIPP

Date: February 19, 2015                    CREGGER & CHALFANT LLP

                                           /s/ Robert L. Chalfant
                                           ROBERT L. CHALFANT
                                           WENDY MOTOOKA

                                           Attorneys for Defendants COUNTY OF SISKIYOU, JON LOPEY and BEHR THARSING

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. That the COUNTY OF SISKIYOU shall be dismissed with prejudice from the FAC;

2. That JON LOPEY shall be dismissed with prejudice from the FAC;

3. That the parties agree that the FAC does not allege any claims under state or federal law that challenge the arrest of plaintiff, pursuant to warrant, for violations of Penal Code Sections 29805, and 417(a)(2), that are the basis for his conviction in Siskiyou County Superior Court Case No. MCYKCRF130000030;

4. That Plaintiffs are only seeking damages and redress under federal and state law

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA  95814
(916) 443-4443

STIPULATION RE: FAC
Case No. 2:14-CV-02128 CMK

3

1 | for acts occurring during DARRELL GRIPP's arrest for violating Penal Code Section 148 on January 27, 2013;

    5. That the parties agree that the hearing date on Defendant's Motion to Dismiss, currently set for March 4, 2015 at 10:00 a.m. be continued to April 22, 2015 at 10:00 a.m.; and

    6. That Plaintiff's opposition to said motion, if any, be filed by March 16, 2015, and that Defendants' reply, if any, be filed by April 1, 2015.

**IT IS SO ORDERED.**

Dated: February 27, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

STIPULATION RE: FAC
Case No. 2:14-CV-02128 CMK

4