CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Ave., Ste. 110
Sacramento, CA  95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SISKIYOU; JON LOPEY, Sheriff of Siskiyou County; SERGEANT BEHR THARSING

MICHAEL A. SCHEIBLI, SBN 196748
1416 West Street
Redding, CA 96001
Telephone:  (530) 243-0317
Fax:          (530) 243-2003
Email:      mscheibli@snowcrest.net

Attorneys for Plaintiffs DARRELL GRIPP, LAURIE ANN GRIPP, ELIJAH GRIPP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL GRIPP,<br>LAURIE ANN GRIPP,<br>ELIJAH GRIPP<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF SISKIYOU;<br>JON LOPEY, individually and as Sheriff of the County of Siskiyou;<br>SERGEANT BEHR THARSING;<br>and Doe Number 1, individually and as sworn officers of the Siskiyou County Sheriff's Department, DOES 2 through 50, inclusive,<br><br>              Defendants. | No.: 2:14-cv-02128 CMK<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs DARRELL GRIPP, LAURIE ANN GRIPP and ELIJAH GRIPP and Defendant BEHR THARSING, by and through

CREGGER & CHALFANT LLP
701 University Ave., Ste. 110
Sacramento, CA  95825
(916) 443-4443

STIPULATION RE: DISMISSAL
Case No. 2:14-CV-02128 CMK

1

his undersigned counsel, that any and all claims against Defendant BEHR THARSING be dismissed without prejudice pursuant to FRCP 41(a)(1).

Each party is to bear its/their own fees and costs, including all attorneys' fees.

IT IS SO STIPULATED.

Date: May 11, 2016                    MICHAEL A. SCHEIBLI

/s/ Michael A. Scheibli
Michael A. Scheibli

Attorney for Plaintiffs DARRELL GRIPP, LAURIE ANN GRIPP and ELIJAH GRIPP

Date: May 11, 2016                    CREGGER & CHALFANT LLP

/s/ Robert L. Chalfant
ROBERT L. CHALFANT
WENDY MOTOOKA

Attorneys for Defendants COUNTY OF SISKIYOU, JON LOPEY and BEHR THARSING

**ORDER**

IT IS SO ORDERED.  The action against BEHR THARSING is dismissed, without prejudice.  This disposes of the entire action. All parties to bear its/their own costs and attorney's fees.

Dated: May 12, 2016

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

CREGGER & CHALFANT LLP
701 University Ave., Ste. 110
Sacramento, CA  95825
(916) 443-4443

STIPULATION RE: DISMISSAL
Case No. 2:14-CV-02128 CMK

2